U.S. MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RENEE E. WONN, )
) CIVIL NO. 3:15-cv-05358-TLF
Plaintiff, )
) ORDER FOR ATTORNEY'S FEES
vs. ) PURSUANT TO 42 U.S.C. § 406(b)
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
Defendant. )
_____)

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered Plaintiff's motion, and the fact that Defendant has no objection thereto, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $11,444.20 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $7,848.73 that previously were awarded, leaving a net fee of $3,595.47. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's

attorney the net balance of $3,595.47, minus any applicable processing fees as allowed by statute.

After paying the attorneys fee, Social Security shall release all remaining funds directly to Plaintiff.

DATED this 3rd day of August, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge